# Court of Appeals
# of the State of Georgia

ATLANTA,__September 27, 2017__

*The Court of Appeals hereby passes the following order:*

**A18D0093. LINDA MYERS BARNES v. TREVER CANNON et al.**

Linda Myers Barnes filed this discretionary application seeking to appeal the trial court's order denying her post-judgment motion to "Intervene and to Reconsider and/or Vacate Order Approving Settlement." In its order, the trial court specifically found that because the case in which Barnes sought to intervene had been voluntarily dismissed with prejudice, the issue of intervention was moot. The trial court also determined that Barnes failed to show that she was entitled to intervene as a matter of right pursuant to OCGA § 9-11-24.[1]

It appears that no provision of OCGA § 5-6-35, the discretionary application statute, applies in this case, and that the trial court's order denying Barnes's motion to intervene is a final order. Therefore, the trial court's order is directly appealable under OCGA 5-6-34 (a) (1). See *Burruss v. Ferdinand*, 245 Ga. App. 203, 203 (1) (536 SE2d 555) (2000).

We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Barnes shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] In addition, the trial court concluded that because intervention was not proper, the motion to vacate the order was moot.



*Court of Appeals of the State of Georgia*

*C l e r k ' s      O f f i c e ,*

*Atlanta,*___09/27/2017_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*